No. 119. MURRAY ET AL. v. CURLETT ET AL., CONSTI-
TUTING THE BOARD OF SCHOOL COMMISSIONERS OF BALTI-
MORE CITY. Court of Appeals of Maryland. Certiorari
granted. *Leonard J. Kerpelman* for petitioners. *Francis
B. Burch* and *Philip Z. Altfeld* for respondents. *Thomas
B. Finan,* Attorney General of Maryland, and *James P.
Garland* and *Robert F. Sweeney,* Assistant Attorneys
General, for the State of Maryland, as *amicus curiae,* in
opposition.

No. 146. COLORADO ANTI-DISCRIMINATION COMMIS-
SION ET AL. v. CONTINENTAL AIR LINES, INC.; and
No. 68, Misc. GREEN v. CONTINENTAL AIR LINES, INC.
On petitions for writs of certiorari to the Supreme Court
of Colorado. The petition for writ of certiorari in No.
146 is granted. The motion for leave to proceed *in forma
pauperis* and the petition for writ of certiorari in No. 68,
Misc., are also granted and the case is transferred to the
appellate docket. *Duke W. Dunbar,* Attorney General
of Colorado, and *Floyd B. Engeman,* Assistant Attorney
General, for petitioners in No. 146. *T. Raber Taylor* for
petitioner in No. 68, Misc. *Patrick M. Westfeldt* for
respondent in both cases. A memorandum for the United
States, as *amicus curiae,* in support of the petitions in
both cases was filed by *Solicitor General Cox, Assistant
Attorney General Marshall, Harold H. Greene* and *David
Rubin.* Brief of *amici curiae* in support of the petition
in No. 146 was filed by *Stanley Mosk,* Attorney General
of California, *Howard H. Jewel,* Assistant Attorney Gen-
eral, *Victor D. Sonenberg,* Deputy Attorney General, and
*Charles E. Wilson* for the State of California, and *Thomas
F. Eagleton,* Attorney General of Missouri, and *James J.
Murphy,* Assistant Attorney General, for the State of
Missouri.